**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7610

HERMAN ELLIS BREWINGTON,

                                        Plaintiff - Appellant,

        versus

MICHAEL JAMES HOWE; NEW HANOVER COUNTY
SHERIFF'S DEPARTMENT,

                                        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan, Chief
District Judge.  (5:04-ct-00445-FL)

Submitted:  January 25, 2007          Decided:  January 30, 2007

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Herman Ellis Brewington, Appellant Pro Se.  James Redfern Morgan,
Jr., WOMBLE CARLYLE, SANDRIDGE & RICE, PLLC, Winston-Salem, North
Carolina; Mark Allen Davis, WOMBLE, CARLYLE, SANDRIDGE & RICE,
PLLC, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herman Ellis Brewington appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brewington v. Howe, No. 5:04-ct-00445-FL (E.D.N.C. Aug. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED